No. 99–8075. MYERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–8077. LARKINS v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 99–8078. KEE MANN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–8080. COLLINS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–8083. MAY v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 99–8087. BROWN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–8091. ROBISON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–8093. STUEBING v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–8094. MACK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–8099. JOHNSON v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO. C. A. 6th Cir. Certiorari denied.

No. 99–8101. SCAFF-MARTINEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–8103. NELSON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–8105. AJIBOYE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–8115. GOMEZ SALAZAR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–8118. ROMERO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.